# EXHIBIT 1

**CERTIFICATION OF PROPOSED LEAD PLAINTIFF**

I, Joseph Michel ("Plaintiff"), declare, as to the claims asserted under the federal securities laws, that:

1. Plaintiff has reviewed a draft of the complaint and has authorized the filing of a complaint substantially similar to the one reviewed.

2. Plaintiff selects Monteverde & Associates PC and any firm with which it affiliates for the purpose of prosecuting this action as my counsel for purposes of prosecuting my claim against defendants.

3. Plaintiff did not purchase the security that is the subject of the complaint at the direction of Plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

4. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

5. Plaintiff sets forth in the attached chart all the transactions in the security that is the subject of the complaint during the class period specified in the complaint.

6. In the past three years, Plaintiff has not sought to serve nor has served as a representative party on behalf of a class in an action filed under the federal securities laws, unless otherwise specified below.

7. Plaintiff will not accept any payment for serving as a representative party on behalf of a class beyond Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States that the foregoing information is correct to the best of my knowledge.

Signed this _Joseph B Michel_ 7/23/23

_Joseph B Michel_ 7-23-23
Signature

| Company Name/Ticker | Transaction (Purchase or Sale) | Trade Date 7/23/23 8pm | Quantity |
|---|---|---|---|
| SUMO | Purchase | March 10, 2021 | 932 |
| SUMO | Settlement | 3/10/23 | 932 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |