**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JOSEPH MICHEL, et al., <br><br>   Plaintiffs, <br><br>   v. <br><br> SUMO LOGIC, INC., et al., <br><br>   Defendants. | Case No.  23-cv-03665-BLF <br><br> **JUDGMENT** |

Plaintiffs' Second Amended Complaint has been dismissed and Plaintiffs do not seek to further amend the complaint. *See* ECF 66, 68. The Court hereby dismisses this action with prejudice. It is ordered and adjudged that Plaintiffs take nothing by this action and that Judgment is entered for Defendants and against Plaintiffs.

**IT IS SO ORDERED.**

Dated: May 19, 2025

_____
BETH LABSON FREEMAN
United States District Judge